UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BAKER,

    Petitioner,

Case No. 1:08-cv-459

v.

HONORABLE PAUL L. MALONEY

CINDI S. CURTIN,

    Respondent.

_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: February 2, 2010                     /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge